Alex D. TAYLOR, Plaintiff–Appellant,

v.

William BYARS, Director of SCDC; Lloyd Roberts, Chief of Pastoral Care Services for SCDC; Van Bebber, Chaplin Lieber CI, SCDC, Defendants–Appellees.

No. 12–7078.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 20, 2012.

Decided: Nov. 29, 2012.

Alex D. Taylor, Appellant Pro Se. Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taylor v. Byars,* No. 1:11–cv–00915–TLW, 2012 WL 2149761 (D.S.C. June 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*